# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158563(67)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RYAN MENARD, by his conservator,
SHELLY MENARD,
        Plaintiff-Appellant,

v

TERRY R. IMIG and SHARRYL ANN
EVERSON,
        Defendants,
and

MACOMB COUNTY DEPARTMENT OF
ROADS and COUNTY OF MACOMB,
        Defendants-Appellees.
_____/

SC: 158563
COA: 336220
Macomb CC: 2014-003145-NI

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before July 24, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2019

_____
Clerk